IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHAWN MELLINGER,<br><br>Plaintiff,<br><br>-v-<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Civil Action No. 1:13-CV-01431 |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Before the Court are Motions for Summary Judgment by both parties in this matter (Dkt. Nos. 12, 19), seeking judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental income. The Magistrate Judge issued a Proposed Findings of Fact and Recommendations on July 8, 2014 (Dkt. No. 25). Upon the parties' motions for summary judgment, the Court hereby adopts the Magistrate Judge's recommendation that Plaintiff's Motion for Summary Judgment (Dkt. No. 12) is denied, and Defendant's Motion for Summary Judgment (Dkt. No. 19) is granted. It is therefore **ORDERED**:

1. Plaintiff's Motion for Summary Judgment (Dkt. No. 12) is **DENIED**. Defendant's Motion for Summary Judgment (Dkt. No. 19) is **GRANTED**, and judgment is entered in favor of Defendant.

The Clerk of the Court shall enter judgment pursuant to Fed. R. Civ. P. 58.

August 20, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge